**STATE of Missouri, Respondent,**

v.

**Lee M. COLLIS, Appellant.**

WD 77288

Missouri Court of Appeals,
Western District.

ORDER FILED: February 3, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied March
3, 2015

Application for Transfer Denied
April 28, 2015

Samuel Buffaloe, Columbia, MO, Counsel for Appellant.

Tracy Carlson, Linneus, MO, Counsel for Respondent.

Before Division Three: Victor C. Howard, P.J., James Edward Welsh, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

Lee Collis appeals the judgment entered by the circuit court following a bench trial convicting him of the class A misdemeanor of animal abuse. We affirm. Rule 30.25(b).